# UNITED STATES BANKRUPTCY COURT
## MIDDLE **DISTRICT OF** FLORIDA
## TAMPA **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Wheelchair Transporter, LLC | § | Case No. 16-07939 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

V. JOHN BROOK, JR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 28,599.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  0.00 | Claims Discharged Without Payment:  68,197.78 |
| Total Expenses of Administration:  4,832.50 | |

3) Total gross receipts of $ 4,832.50  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,832.50  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 863,181.16 | $ 854,664.61 | $ 854,664.61 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,832.50 | 4,832.50 | 4,832.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 8,500.00 | 8,500.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,178.88 | 3,208.94 | 3,208.94 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 894,360.04 | $ 871,206.05 | $ 871,206.05 | $ 4,832.50 |

4)  This case was originally filed under chapter 7 on  09/14/2016 .  The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/30/2017                          By:/s/V. JOHN BROOK, JR.
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1987 Chrysler Pacifica Touring | 1129-000 | 1,500.00 |
| 1996 Toyota 4 Runner SR | 1129-000 | 800.00 |
| 1999 Chevy Lumina LS | 1129-000 | 500.00 |
| 2000 Dodge Ram 3500 Hightop | 1129-000 | 2,000.00 |
| 4 dispatching radios - LOT of two way radios | 1129-000 | 5.00 |
| Auto rearview LCD monitor | 1129-000 | 15.00 |
| Four office chairs | 1129-000 | 10.00 |
| SAmsung lasier printer/Philips expresso machine/ desktop & l | 1129-000 | 2.50 |
| **TOTAL GROSS RECEIPTS** | | **$4,832.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A1 TOWING | | 645.00 | NA | NA | 0.00 |
| | AUTO LAND CENTER | | 600.00 | NA | NA | 0.00 |
| | BANK OF AMERICA | | 23,750.00 | NA | NA | 0.00 |
| | EXPRESS TOWING AND RECOVERY | | 800.00 | NA | NA | 0.00 |
| | ROY'S BODY SHOP | | 3,450.00 | NA | NA | 0.00 |
| 3 | Shelia Smith | 4110-000 | 833,936.16 | 854,664.61 | 854,664.61 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 863,181.16 | $ 854,664.61 | $ 854,664.61 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| V. JOHN BROOK, Jr. | 2100-000 | NA | 602.67 | 602.67 | 602.67 |
| V. JOHN BROOK, Jr. | 2200-000 | NA | 81.50 | 81.50 | 81.50 |
| Union Bank | 2600-000 | NA | 15.00 | 15.00 | 15.00 |
| DAVID B. McEWEN, ESQ | 3210-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| DAVID B. McEWEN, ESQ | 3220-000 | NA | 41.72 | 41.72 | 41.72 |
| C. P. A. JUDITH D. SMITH | 3310-000 | NA | 940.00 | 940.00 | 940.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BAY AREA AUCTION SERVICES, INC | 3610-000 | NA | 243.25 | 243.25 | 243.25 |
| BAY AREA AUCTION SERVICES, INC | 3620-000 | NA | 1,408.36 | 1,408.36 | 1,408.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,832.50 | $ 4,832.50 | $ 4,832.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | NA | 8,500.00 | 8,500.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 8,500.00 | $ 8,500.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A-1 RECOVERY | | 645.00 | NA | NA | 0.00 |
| | BAKKALEH ARABYEA | | 6,800.00 | NA | NA | 0.00 |
| | BRIGHT HOUSE | | 1,015.35 | NA | NA | 0.00 |
| | CAPITAL FINANCE | | 482.57 | NA | NA | 0.00 |
| | EXPRESS TOWING | | 1,140.00 | NA | NA | 0.00 |
| | FLEETMATICS USA LLC | | 806.31 | NA | NA | 0.00 |
| | LA AUTOMOTIVE | | 2,645.35 | NA | NA | 0.00 |
| | ROY BODY SHOP | | 3,450.00 | NA | NA | 0.00 |
| | TAMPA HILLSBOROUGH EXPRESSWAY | | 493.34 | NA | NA | 0.00 |
| | TELOGIS | | 9,765.92 | NA | NA | 0.00 |
| 2 | American Infosource Lp As Agent for | 7100-000 | 3,935.04 | 3,208.94 | 3,208.94 | 0.00 |
| | TOTAL GENERAL UNSECURED CLAIMS | | $ 31,178.88 | $ 3,208.94 | $ 3,208.94 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-07939          CPM | |
| Case Name: | Wheelchair Transporter, LLC | |
| | | |
| For Period Ending: | 10/30/2017 | |

| | |
|---|---|
| Judge: | Catherine Peek McEwen |

| | |
|---|---|
| Trustee Name: | V. JOHN BROOK, JR. |
| Date Filed (f) or Converted (c): | 09/14/2016 (f) |
| 341(a) Meeting Date: | 10/19/2016 |
| Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  1999 Chevy Lumina LS | 0.00 | 500.00 | | 500.00 | FA |
| 2.  1996 Toyota 4 Runner SR | 0.00 | 800.00 | | 800.00 | FA |
| 3.  1987 Chrysler Pacifica Touring | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 4.  2000 Dodge Ram 3500 Hightop | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 5.  Auto rearview LCD monitor | 45.00 | 15.00 | | 15.00 | FA |
| 6.  SAmsung lasier printer/Philips expresso machine/ desktop & l | 455.00 | 455.00 | | 2.50 | FA |
| 7.  Four office chairs | 40.00 | 10.00 | | 10.00 | FA |
| 8.  4 dispatching radios - LOT of two way radios | 400.00 | 5.00 | | 5.00 | FA |
| 9.  Wheelchair | 15.00 | 15.00 | | 0.00 | FA |
| 10.  TIE DOWN BELTS | 5.00 | 0.00 | | 0.00 | FA |
| 11.  Backup alarm | 10.00 | 0.00 | | 0.00 | FA |
| 12.  2 desks, file cabinet, shelvs, phone equip, picture frames | 140.00 | 0.00 | | 0.00 | FA |
| 13.  2007 CHRYSLER PACIFICA | 0.00 | 0.00 | | 0.00 | FA |
| 14.  2005 CHRYSLER 300 | 1,300.00 | 0.00 | | 0.00 | FA |
| 15.  2002 HONDA ODYSSEY | 1,500.00 | 0.00 | | 0.00 | FA |
| 16.  2003 CADILLAC | 1,200.00 | 0.00 | | 0.00 | FA |
| 17.  2015 HONDA ODYSSEY | 21,729.00 | 0.00 | | 0.00 | FA |
| 18.  2011 DODGE VAN | 2,700.00 | 0.00 | | 0.00 | FA |
| 19.  PNC BANK CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $29,539.00          $5,300.00          $4,832.50          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DBA WHEELCHAIR TRANSPORTER, LLC,-DIVERTED THE MAIL-EMAIL TO DAVID MCEWEN-HIRED AUCTIONEER-AUCTION HELD-HIRED DAVID MCEWEN-FUNDS
FROM AUCTION RECEIVED-PREPARING TAX RETURNS

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 6 | -- | desktop & laptop computers - epuipment old and outdated in poor condition no market - no one would offer bid - only coffee machine sold |
| RE PROP # | 9 | -- | of no value |
| RE PROP # | 10 | -- | NO VALUE |
| RE PROP # | 11 | -- | went with vehicle |
| RE PROP # | 12 | -- | not salable - abandoned at site |
| RE PROP # | 13 | -- | JUNKED BY DEBTOR PRIOR TO FILING |
| RE PROP # | 14 | -- | AUTO LAND CTR MECH LIEN FOR REPAIRS |
| RE PROP # | 15 | -- | EXPRESS TOWING - VEHICLE QUIT RUNNING AND WAS TOWED - VALUE EXCEEDED BY LIEN |
| RE PROP # | 16 | -- | A1 TOWING TOWED BROKEN VEHICLE IN FOR REPAIRS - LIEN EXCEEDS VALUE OF VEHICLE - SCRAP VALUE ONLY |
| RE PROP # | 18 | -- | ROY BODY SHOP MECH LIEN |

Initial Projected Date of Final Report (TFR): 10/19/2018         Current Projected Date of Final Report (TFR): 12/01/2017

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-07939

Case Name: Wheelchair Transporter, LLC

Taxpayer ID No: XX-XXX3133

For Period Ending: 10/30/2017

Trustee Name: V. JOHN BROOK, JR.

Bank Name: Union Bank

Account Number/CD#: XXXXXX9867

Checking

Blanket Bond (per case limit): $40,278,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/16 | | BAY AREA AUCTION | Auction sale Docket 10 Sale of assets at auction | | $4,832.50 | | $4,832.50 |
| | | | Gross Receipts $4,832.50 | | | | |
| | 1 | | 1999 Chevy Lumina LS $500.00 | 1129-000 | | | |
| | 2 | | 1996 Toyota 4 Runner SR $800.00 | 1129-000 | | | |
| | 3 | | 1987 Chrysler Pacifica Touring $1,500.00 | 1129-000 | | | |
| | 4 | | 2000 Dodge Ram 3500 Hightop $2,000.00 | 1129-000 | | | |
| | 5 | | Auto rearview LCD monitor $15.00 | 1129-000 | | | |
| | 6 | | SAmsung lasier printer/Philips expresso machine/ desktop & l $2.50 | 1129-000 | | | |
| | 7 | | Four office chairs $10.00 | 1129-000 | | | |
| | 8 | | 4 dispatching radios - LOT of two way radios $5.00 | 1129-000 | | | |
| 01/03/17 | 1002 | Bay Area Anesthesia LLC James N Casesa Esq.3845 Fifth Ave North St Petersburg, FL 33713 | Auctioneer expenses per docket 16 Reversal check issued to wrong payee=check has not been printed | 3620-000 | | ($1,408.36) | $6,240.86 |
| 01/03/17 | 1001 | BAY AREA AUCTION SERVICES, INC 8010 US HWY 19 N PINELLAS PARK, FL 33781 | Auctioneer fees per docket 16 | 3610-000 | | $243.25 | $5,997.61 |
| 01/03/17 | 1002 | Bay Area Anesthesia LLC James N Casesa Esq.3845 Fifth Ave North St Petersburg, FL 33713 | Auctioneer expenses per docket 16 | 3620-000 | | $1,408.36 | $4,589.25 |
| 01/03/17 | 1003 | BAY AREA AUCTION SERVICES, INC 8010 US HWY 19 N PINELLAS PARK, FL 33781 | Auctioneer expenses per docket 16 | 3620-000 | | $1,408.36 | $3,180.89 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $3,165.89 |

Page Subtotals: $4,832.50 $1,666.61

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-07939 | Trustee Name: V. JOHN BROOK, JR. |
| Case Name: Wheelchair Transporter, LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX9867 |
| | Checking |
| Taxpayer ID No: XX-XXX3133 | Blanket Bond (per case limit): $40,278,000.00 |
| For Period Ending: 10/30/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/10/17 | 1004 | V. JOHN BROOK, Jr. 2520 DR MLK JR STREET N ST. PETERSBURG, FL 33704 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $602.67 | $2,563.22 |
| 08/10/17 | 1005 | V. JOHN BROOK, Jr. 2520 DR MLK JR STREET N ST. PETERSBURG, FL 33704 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $81.50 | $2,481.72 |
| 08/10/17 | 1006 | DAVID B. McEWEN, ESQ 111 2ND AVENUE NE #306 ST PETERSBURG, FL 33701-3444 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $1,500.00 | $981.72 |
| 08/10/17 | 1007 | DAVID B. McEWEN, ESQ 111 2ND AVENUE NE #306 ST PETERSBURG, FL 33701-3444 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $41.72 | $940.00 |
| 08/10/17 | 1008 | C. P. A. JUDITH D. SMITH P.O. BOX 530385 ST. PETERSBURG, FL 33747 | Final distribution representing a payment of 100.00 % per court order. | 3310-000 | | $940.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,832.50 | $4,832.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,832.50 | $4,832.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,832.50 | $4,832.50 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $3,165.89 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9867 - Checking | $4,832.50 | $4,832.50 | $0.00 |
| | $4,832.50 | $4,832.50 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,832.50 |
| Total Gross Receipts: | $4,832.50 |

Page Subtotals:                    $0.00            $0.00